IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | | |
|---|---|---|
| KATINA A. LEWIS, Individually and as Personal Representative of the Estate of Randall K. Bowman and Jacqueline A. Bowman (deceased); and JENNIFER BOWMAN, | ) ) ) ) ) ) | |
| Plaintiffs, | ) ) | Civil Action File No.: 1:10-CV-01228-WSD |
| vs. | ) ) ) | |
| NEW PRIME INC., D/B/A PRIME, INC. and MOHAMADOU BESSIROU SIDDO HASSAN, | ) ) ) ) | |
| Defendants. | ) ) | |

## DEFENDANTS NEW PRIME, INC. D/B/A/ PRIME, INC. AND MOHAMADOU BESSIROU SIDDO HASSAN'S RULE 26 EXPERT DISCLOSURES

COME NOW Defendants, NEW PRIME, INC. D/B/A/ PRIME, INC. AND

MOHAMADOU BESSIROU SIDDO HASSAN and file their expert disclosure

pursuant to Federal Rules of Civil Procedure 26(a)(2) as follows:

Defendants anticipate calling Donald J. Roberts, P.E. of Delta [V] Forensic

Engineering (9401-D Southern Pine Boulevard, Charlotte, NC 28273, Telephone:

1-866-433-3358)  to render opinion testimony to the jury, including causation

1

and/or damages testimony as a reconstruction expert based upon his observations, education, training and experience. The identified expert may be used at trial to present evidence under Federal Rules of Evidence 702, 703 or 705. In addition to identifying Donald J. Roberts, P.E. as a witness to be called upon to provide expert testimony, Defendants attach the signed report, Curriculum Vitae, List of Depositions and Trial Testimony, Fee Schedule of Don Roberts as Exhibit A.

Defendants further anticipate calling decedents, Randall K. Bowman and Jacqueline A. Bowman's prior treating physicians to render opinion testimony to the jury, including causation and/or damages testimony. The identified experts may be used at trial to present evidence under Federal Rules of Evidence 702, 703 or 705. The testimony of these witnesses will be based on their observations of the Plaintiff, as well as their education, training, and experiences. These witnesses have not been "specially retained" for purposes of this litigation. These witnesses include, but are not limited to the following:

**Randall K. Bowman:**

1. Dr. Kevin O'Brien, 1101 Michigan Avenue, Logansport, Indiana 46947, Telephone: (574) 753-1475.

2. Jack Goris, DDS, 1821 Chase Road, Logansport, Indiana 46947, Telephone: (574) 753-4542.

**Jacqueline A. Bowman:**

1. Dr. David Potts, 1345 Unity Pl., Suite 265, Lafayette, Indiana 47905, Telephone: (765) 446-8781.

2. Dr. Kevin O'Brien, 1101 Michigan Avenue, Logansport, Indiana 46947, Telephone: (574) 753-1475.

3. Jack Goris, DDS, 1821 Chase Road, Logansport, Indiana 46947, Telephone: (574) 753-4542.

Additionally, Defendants anticipate calling law enforcement officials, toxicologist, and medical examiner involved in the investigation of the subject collision to render opinion testimony to the jury, including causation and/or damages testimony. The identified experts may be used at trial to present evidence under Federal Rules of Evidence 702, 703 or 705. The testimony of these witnesses will be based on their observations of the Plaintiff, as well as their education, training, and experiences. These witnesses have not been "specially retained" for purposes of this litigation. These witnesses include, but are not limited to the following:

1. Trooper First Class Thomas Bailey, Georgia State Patrol, Madison Post, 1060 Monticello Road, Madison, Georgia; Tel: 706-343-5870.

2. Sgt. Jim Wicker, Georgia State Patrol - SCRT 3, 1000 Indian Springs Drive, Forsyth, Georgia 31029; Tel: 478-993-4309.

3. Trooper Tim Brock, Georgia State Patrol - S CRT 3, 1000 Indian Springs Drive, Forsyth, Georgia 31029; Tel: 478-993-4309.

4. Trooper First Class Brandon Stone, Georgia State Patrol - SCRT 3, 1000 Indian Springs Drive, Forsyth, Georgia 31029; Tel: 478-993-4309.

5. Trooper First Class Richard Peck, Georgia State Patrol - SCRT 3, 1000 Indian Springs Drive, Forsyth, Georgia 31029; Tel: 478-993-4309.

6. Thomas Moore, Greene County Sheriff's Office, 1201 S. Industrial Blvd., Greensboro, Georgia 30642; Tel: 706-453-3551.

7. Steven P. Atkinson, M.D., Associate Medical Examiner for Greene County, address and telephone number unknown to Defendants.

8. F. Wayne Lewallen, Forensic Toxicologist for Georgia Bureau of Investigation, 3121 Panthersville Road, Decatur, Georgia 30334; Tel: 404-270-8239.

Respectfully submitted, this 26th day of January, 2011.

CARLOCK, COPELAND & STAIR, LLP

By:/s/ Renee Y. Little
      FRED M. VALZ, III
      State Bar No.: 723379
      RENEE Y. LITTLE
      State Bar No.: 454262

      Attorneys for Defendants
      New Prime, Inc. d/b/a Prime, Inc. and
      Mohamadou Bessirou Siddo Hassan

2600 Marquis Two Tower
285 Peachtree Center Avenue
Atlanta, Georgia 30303-1235
(404) 522-8220

This is to certify that the foregoing was prepared using Times New Roman 14 point font in accordance with Local Rule 5.1(B).

This 26th day of January, 2010.

CARLOCK, COPELAND & STAIR, LLP

By:/s/ Renee Y. Little
      FRED M. VALZ, III
      State Bar No.: 723379
      RENEE Y. LITTLE
      State Bar No.: 454262

      Attorneys for Defendants
      New Prime, Inc. d/b/a Prime, Inc. and
      Mohamadou Bessirou Siddo Hassan

2600 Marquis Two Tower
285 Peachtree Center Avenue
Atlanta, Georgia 30303-1235
(404) 522-8220

## CERTIFICATE OF SERVICE

I hereby certify that I have this day served a copy of the within and foregoing upon all parties to this matter by e-file as follows:

Mark D. Link, Esq.
Link & Smith, P.C.
2142 Vista Dale Court
Tucker, Georgia 30084

Matthew D. Barrett, Esq.
Attorney At Law
1730 East Market Street
Logansport, Indiana 46947

This 26th day of January, 2011.

By: /s/ Renee Y. Little
      FRED M. VALZ, III
      State Bar No.: 723379
      RENEE Y. LITTLE
      State Bar No.: 454262

      Attorneys for Defendants
      New Prime, Inc. d/b/a Prime, Inc. and
      Mohamadou Bessirou Siddo Hassan

Carlock, Copeland & Stair, LLP
2600 Marquis Two Tower
285 Peachtree Center Avenue
Atlanta, Georgia 30303
404-522-8220

3269213v.1

# EXHIBIT A



# DELTA[v]
## FORENSIC ENGINEERING

**Federal Rules Report**
**by Donald J. Roberts, P.E.**

**January 18, 2011**

| | |
|---|---|
| *Caption* | *Tractor-Trailer/ Passenger Vehicle Collision* |
| *Involved Party* | *Prime, Inc.* |
| | |
| *DELTA [v] Client* | *Carlock Copeland & Stair, LLP* |
| | *Mr. Fred Valz* |
| | |
| *Client Reference* | *3306-39976* |
| | |
| *Incident Date* | *August 4, 2009* |
| *Incident Place* | *I-20 WB in Greene County, GA* |
| | |
| *DELTA [v] File* | *C189.J612* |
| *DELTA [v] Engineer* | *Donald J. Roberts, P.E.* |

The following report concerns a collision involving a Prime Inc. tractor-trailer driven by Mr. Mohamadou Hassan and a PTS Vans LLC prisoner transport van driven by Mr. Randall Bowman. It is understood that both vehicles were travelling on Interstate 20 in Greene County, Georgia when the prisoner transport van impacted the rear of the tractor-trailer during the hours of darkness on August 4, 2009. DELTA [v] Forensic Engineering conducted a detailed investigation and analysis to determine whether sufficient time and distance were available to Mr. Bowman to avoid the collision with the tractor-trailer. The speeds of both vehicles were evaluated and a nighttime visibility analysis was conducted as part of the investigation.

The report is divided into the following sections:

A. Background
B. Work of Investigation
C. Vehicles
D. Collision Site
E. Reconstruction Analysis
F. Collision Avoidance Analysis
G. Conclusions

Appendices
     I. Georgia Motor Vehicle Accident Report
     II. Drawings:
          J612.01 Collision Site Overall
          J612.02 Collision Sequence
          J612.03 Tractor Qualcomm SensorTRACS Data
     III. Curriculum Vitae
     IV. List of Trials & Depositions

## A. BACKGROUND

On August 4, 2009, a collision occurred between a Prime Inc. tractor-trailer and a PTS Vans LLC prisoner transport van on Interstate 20 in Greene County, Georgia. Both vehicles were westbound when the incident occurred shortly before 1:00 a.m. (EDT). The prisoner transport van was driven by Mr. Randall Bowman and impacted the rear of the tractor-trailer driven by Mr. Mohamadou Hassan. In addition to Mr. Bowman, the prisoner transport van was occupied another PTS employee and eight prisoners. The tractor-trailer was occupied by its driver, Mr. Hassan, and the tractor's owner-operator, Mr. Edward Trotter. Additional details of the collision are reported in the Georgia Motor Vehicle Accident Report contained in Appendix I.

## B.    WORK OF INVESTIGATION

DELTA [v] inspected the collision site and the damaged vehicles, evaluated the impact speeds of the vehicles, conducted a nighttime visibility study, and completed a positional analysis to determine the location of the vehicles at the point of impact based on physical evidence from the incident. In addition, the following documents have been reviewed as part of the investigation:

1.    Georgia Motor Vehicle Accident Report
2.    Georgia State Patrol Specialized Collision Reconstruction Collision Analysis Report (Case Number SCRT3-045-09)
3.    35 digital photographs of the collision scene taken by Greene County Sheriff's Office
4.    21 digital photographs of the prisoner transport van taken by Georgia State Patrol
5.    235 digital photographs of the collision site, tractor-trailer and prisoner transport van taken by Rivers Engineering
6.    Bosch Crash Data Retrieval Report for 2006 Chevrolet Express (prisoner transport van) imaged by Cpl. Chad Barrow of the Georgia State Patrol
7.    ECM data from the Prime Inc. truck tractor imaged by VEAR, Inc.
8.    Deposition transcript of Mohamadou Hassan taken on 8/9/2010
9.    Deposition transcript of Edward Trotter taken on 10/27/2010
10. Deposition transcript of Jessica Antico taken on 11/15/2010
11. Deposition transcript of Tami Deveroux taken on 11/16/2010
12. Deposition transcript of Douglas Griffin taken on 11/11/2010
13. Deposition transcript of Barbara Griffin taken on 11/11/2010
14. Greene County EOC/E 9-1-1 records
15. Qualcomm SensorTRACS data for the Prime Inc. truck tractor
16. Vehicle Specifications for a 2006 Chevrolet Express 3500 from Expert Autostats
17. Vehicle weight scale ticket for Prime Inc. tractor-trailer dated 8/3/2009

## C.    VEHICLES

### 1.    Prime Inc. Tractor-Trailer

The Prime Inc. tractor-trailer was inspected by various investigators, including DELTA [v] (trailer only), law enforcement personnel, Rivers Engineering, and VEAR Inc. (ECM image).  Measurements and photographs were taken during the inspections.  This information has been reviewed and incorporated into the reconstruction of the collision.  The following manufacturer's information is provided:

> Truck Tractor
>
> | | |
> |---|---|
> | Year/Make/Model: | 2009 Freightliner Cascadia |
> | Vehicle Identification Number: | 1FUJGLDR79LAF0603 |
> | Date of Manufacture: | January 2009 |
>
> Trailer
>
> | | |
> |---|---|
> | Year/Make/Type: | 2009 Wabash 53-foot Refrigerated Trailer |
> | Vehicle Identification Number: | 1JJV532W29L147806 |
> | Date of Manufacture: | January 2008 |

The tractor-trailer had a gross weight of approximately 77,700 pounds.  This was recorded on a weight ticket after the trailer was loaded in Southport, North Carolina on August 3, 2009.

The collision related damage to the tractor-trailer was limited to the rear components of the trailer.  The trailer's rear underride guard sustained the most significant damage during the collision as it was deformed and deflected forward from its nominal position.  The rear doors of the trailer had relatively minor damage in the form of scrapes and indentations where the windshield and roof structure of the prisoner transport van came into contact with it.  The rear mounted lamps of the trailer were still in place and did not appear to be damaged.  The damage pattern to the rear components of the trailer were distinct and allowed for an accurate evaluation of how the two vehicles overlapped during the initial impact.

Photographs taken on the night of the incident show that the rear lamps of the trailer were operational.  This was confirmed during an inspection of the trailer conducted by DELTA [v].  A review of photographs taken at the collision site also indicated that the rear of the trailer and its retroreflective conspicuity tape were clean and conformed to the Federal Motor Carrier Safety Administration (FMCSA) conspicuity requirements for commercial vehicles.  There was minor damage

observed to the conspicuity tape located on the underride guard. This damage was consistent with being caused by the collision.

The truck tractor was equipped with a Detroit Diesel DD15 Engine with a DDEC VI Electronic Control Module (ECM). The ECM was imaged by personnel from VEAR, Inc. on August 4, 2009. This ECM had the capability of storing the two most recent Hard Brake Events. A Hard Brake Event is triggered by a deceleration rate of 7 mph/sec or greater. A review of the ECM data indicates that the two most recent Hard Brake Events occurred prior to August 3, 2009. It was evaluated that the deceleration rate used by Mr. Hassan to bring the vehicles to a stop following the collision was less than 7 mph/sec; otherwise, a Hard Brake Event would have been recorded by the ECM.

## 2.     PTS Vans LLC Prisoner Transport Van

The PTS Vans LLC prisoner transport van was inspected by various investigators including DELTA [v] and law enforcement personnel. The vehicle was a 2006 Chevrolet Express passenger van outfitted with security features to allow for the transport of prisoners. The following manufacturer's information is provided:

|  |  |
|---|---|
| Year/Make/Model: | 2006 Chevrolet Express G3500 |
| Vehicle Identification Number: | 1GAHG39U461231162 |
| Date of Manufacture: | March 2006 |

The collision damage to the prisoner transport van was primarily to the front of the vehicle. The front bumper of the van underrode the rear of the trailer during the collision and there was very little deformation to the frame rails of the vehicle. Much of the damage observed was consistent with the trailer's underride guard intruding into the van's engine compartment. It was noted that the passenger side front wheel assembly and tire were no longer attached. The passenger side front steering and suspension components were resting on the ground and they would be expected to be a source of scrapes and gouges on the roadway surface at the collision site. Damage to the hood, windshield and roof structure of the van was consistent with an impact with the trailer frame and door components. There were distinct damage impressions on the hood and roof of the van that correlated to components on the rear of the trailer. This allowed for an accurate evaluation of how the two vehicles overlapped during the initial impact. It was also observed that there was very little lateral (sideways) shifting in the damaged components on the front of the van from their nominal position.

The prisoner transport van was equipped with an Event Data Recorder (EDR) capable of capturing various vehicle parameters when the vehicle's airbags deploy.

The EDR was imaged by the Georgia State Patrol as part of their investigation on August 4, 2009. The EDR information reported a pre-impact Vehicle Speed of 71 mph and indicated that the Brake Switch was never activated in the seconds leading up to the collision. It also recorded a maximum change in longitudinal velocity of -18.39 mph.

## D.    COLLISION SITE

The collision site was visited and inspected by DELTA [v] during the daytime and nighttime hours of August 24 and 25, 2010. The purpose of the visit was twofold: 1) to measure the roadway configuration and collision related marks in order to reconstruct the collision, and 2) to conduct a nighttime visibility analysis of the incident. In addition to inspecting the collision site, photographs of the collision related marks taken by the Greene County Sheriff's Office and Rivers Engineering on the day of the incident were used to reconstruct the collision.

The collision took place in the right lane of westbound Interstate 20 (I-20) just past the exit ramp (Exit 130) for Georgia Highway 44. In the area of the incident, I-20 has two lanes of travel in each direction separated by a grassy center median approximately 60 feet wide. The roadway is of concrete construction and is generally straight leading into the collision area with a slight downhill grade. The roadway configuration allows westbound drivers to view the approach into the collision area from a distance greater than one mile. The roadway travels through a rural area and the only artificial illumination is on the exit ramp.

During DELTA [v]'s inspection of the collision site, the area of the initial impact was identified by collision related scrapes in the roadway and a paint mark that was placed near the impact area. These scrape and paint marks were verified to be the same as those from the incident by comparing them to the collision scene photographs taken on the day of the incident.

## E.    RECONSTRUCTION ANALYSIS

A reconstruction analysis has been conducted to determine the positions and orientations of the vehicles at the point of impact and rest locations. Additionally, an impact speed evaluation has been conducted for both vehicles. The following information was considered during the analysis: Measurements taken by DELTA [v] at the collision site and during vehicle inspections; Photographs taken of the collision scene on the day of the incident; Event Data Recorder (EDR) information imaged from both vehicles; and Qualcomm SensorTRACS data for the tractor.

Physical evidence at the collision scene including gouges, scrapes and tire marks in the roadway were used to evaluate the initial point of impact between the vehicles. They are identified in DELTA [v] Drawing J612.01 of Appendix II. The

collision related marks were consistent with being created when components of the prisoner transport van were forced down into the concrete pavement during its initial engagement with the rear of the trailer. A tire scrub mark located within the right travel lane near the impact area was consistent with being from the prisoner transport van's passenger side front tire. This tire mark was used to evaluate the Prisoner transport van's lateral position within the right travel lane at the point of impact.

The orientation of the prisoner transport van with respect to the rear of the trailer at the point of impact was determined by studying the damage to the van. The damage to the van including the hood, roof structure, and engine components indicated that these components were shifted rearward by the collision forces. There was little or no lateral shift observed to these components. This is indicative of little or no steer angle between the van and the trailer when the collision occurred (i.e., the van was not attempting to change lanes). The position and orientation of the prisoner transport van at the point of impact was determined to be in the left portion of the right travel lane as depicted in DELTA [v] Drawing J612.02 of Appendix II.

The position of the tractor-trailer within the right lane of travel at the point of impact was determined through an evaluation of the overlapping damage patterns between the two vehicles. The position of the tractor-trailer at the point of impact was determined to be near the center of the right lane of travel as depicted in DELTA [v] Drawing J612.02 of Appendix II.

An evaluation of the vehicle rest positions was conducted using the Greene County Sheriff's Office collision scene photographs. Features in the photographs were compared to measurements of the same features taken by DELTA [v] to accurately place the vehicles at their final rest positions. The final rest positions of the vehicles are identified in DELTA [v] Drawings J612.01 and J612.02 of Appendix II.

Three independent methods were used to analyze the speed of the tractor-trailer at the point of impact. The speed analysis indicated that Mr. Hassan was driving the tractor-trailer at a speed of approximately 55 mph at the time of the incident. A brief description of each of the methodologies is provided here:

1.      Speed Evaluation from Braking and In-Line Momentum Analysis

A speed evaluation was conducted considering the energy dissipated as the vehicles travelled from the point of impact to their rest positions. It was evaluated that Mr. Hassan slowed his vehicle using moderate braking. The use of a moderate deceleration rate (0.2 – 0.3 g's) was based on information obtained from the truck

tractor's ECM (the lack of a Hard Brake Event recording previously mentioned). A Perception Response Time (PRT) for the driver to react to the collision prior to the initiation of braking was also considered during the analysis. A PRT range of 0.75 – 2 seconds was used based on published research of the PRT for alert drivers. Additionally, an in-line momentum analysis was utilized to determine the change in velocity (commonly referred to as a delta v) of the vehicles during the collision. The evaluated impact speed range of the tractor-trailer using this method was 44 to 61 mph.

2.      Speed Evaluation from Prisoner Transport Van's Event Data Recorder

A speed evaluation was conducted using incident related data recorded by the prisoner transport van's Event Data Recorder (EDR). The EDR recorded the pre-impact velocity of the van to be 71 mph. It also recorded the van's maximum change in longitudinal velocity during the collision to be -18.39 mph. The post-impact speed of the van can be readily calculated by adding its pre-impact speed (71 mph) and its change in longitudinal velocity (-18.39 mph). Following the impact, both vehicles were engaged and travelling the same speed. This indicates that the speed of the tractor-trailer at the time of impact was approximately 53 mph.

3.      Speed Evaluation Using Qualcomm SensorTRACS Data

A speed evaluation was conducted using Qualcomm SensorTRACS data from the day of the incident. The data was evaluated between the most recent refueling stop near Dillon, South Carolina and the location of the incident near Greensboro, Georgia. The evaluation indicates that the average speed of the tractor-trailer was approximately 55 mph. A summary of the analysis is presented in DELTA [v] Drawing J612.03 of Appendix II.

The speed of the prisoner transport van was also evaluated. Because the front bumper and frame rails of the van underrode the rear of the trailer, the traditional means of evaluating the energy loss from collision damage could not be utilized. This methodology relies upon an accurate assessment of the stiffness of the vehicle in order to be valid. Since the frame rails provide the majority of the vehicle stiffness and they were virtually undamaged due to the underride, this methodology could not be used. The only other method available to evaluate the vehicle speed was from use of the vehicle's EDR information. An evaluation of the EDR data indicated that the impact speed of the prisoner transport van was approximately 71 mph.

## F.    COLLISION AVOIDANCE ANALYSIS

Knowing how the collision occurred through the reconstruction analysis is the first step to evaluating whether the collision was avoidable by Mr. Bowman. The next step is to evaluate whether an attentive and alert driver would be expected to detect the rear of the trailer at night, recognize the closing speed between the two vehicles, decide on an appropriate maneuver to avoid a collision, and have sufficient time and distance to implement the collision avoidance maneuver.

DELTA [v] conducted a nighttime visibility study to evaluate the avoidability of the collision. The study was conducted under similar conditions as the night of the incident. The study was conducted at the site of the incident during the hours of darkness on August 24 and 25, 2010. The same trailer involved in the incident was used during the study to evaluate its visibility. A 2010 Chevrolet Express van with a similar front lighting configuration was used to represent the prisoner transport van. Both vehicles were instrumented with data logging devices to record their speeds and positions. The van was equipped with video equipment to document the testing. Multiple runs were conducted with the closing speeds of the vehicles varying between runs. A minimum closing speed of 16 mph and a maximum closing speed of 25 mph were used during the study.

The results of the nighttime visibility study indicated that the trailer becomes visible to approaching drivers for approximately 1 minute prior to reaching the collision area. Since the roadway is generally straight going into the impact area, the only sight restriction caused by the roadway configuration was a hill crest that was over a mile away from the collision area. The trailer's rear lighting system and the rear surface of trailer doors both became visible upon cresting the hill at a distance beyond 1700 feet. At a distance between 600 and 800 feet the retroreflective conspicuity tape on the rear of the trailer became visible.

In addition to needing an adequate distance to see the lead vehicle, an approaching driver must be able to judge the speed at which the two vehicles are closing, commonly referred to as closing speed. In judging closing speed, research indicates that, in the absence of other visual clues, drivers rely upon the change in image size of the lead vehicle. Knowing the width of the lead vehicle and the closing speed, one can estimate the threshold at which an attentive and alert driver can determine the potential hazard of a slower vehicle. For the range of closing speeds evaluated by the reconstruction analysis, this would indicate that an alert and attentive driver would have between 5 and 11 seconds to take action to avoid the collision. Based on this evaluation, an attentive and alert driver would have had sufficient opportunity to perceive, respond to and avoid the tractor-trailer by either changing lanes or slowing. An emergency evasive maneuver such as sudden swerving or hard braking would not have been required to avoid the tractor-trailer.

Tractor-Trailer/Passenger Vehicle Collision
Donald J. Roberts, P.E.

January 18, 2011
9

## G.   CONCLUSIONS

Based upon the work conducted to date, my education and professional experience, it is my opinion that:

1.   Mr. Hassan was driving the tractor-trailer at a speed of approximately 55 mph while traveling westbound on Interstate 20 near Greensboro, Georgia at the time of the incident.  The designated minimum speed limit in the area of the incident was 40 mph.

2.   Mr. Bowman was driving the prisoner transport van at a speed of approximately 71 mph when it impacted the rear of the trailer.  The designated speed limit in the area of the incident was 70 mph.

3.   The tractor–trailer was operating near the center of the right travel lane when the collision occurred.

4.   The prisoner transport van impacted the rear of the trailer in an offset collision indicating that it was operating in the extreme left portion of the right travel lane when the collision occurred.

5.   The trailer would have been visible to an attentive and alert driver approaching from the rear for approximately one minute prior to the collision.

6.   An attentive and alert driver would have had sufficient opportunity to perceive, respond to and avoid the tractor-trailer by either changing lanes or slowing.  An emergency evasive maneuver such as sudden swerving or hard braking would not have been required by an attentive and alert driver to avoid the tractor-trailer.

7.   Mr. Bowman took no discernible action to steer or slow the prisoner transport van in order to avoid the collision.


Each of these opinions is stated with a reasonable degree of engineering certainty.  They are subject to additions or changes as additional material becomes available to me.

Should there be a need for testimony at trial in this matter, I expect to prepare visuals aids to assist communicating these findings which may include any of the documents reviewed, including photographs of the collision site and vehicles. It also includes the use of video, photographs, drawings and diagrams prepared by DELTA [v].

**Appendix I**
**Georgia Motor Vehicle Accident Report**

| Date 08/04/2009 | Day Of Week Sun M Tu W Th F S | Time 0124 | Off. Arrived 0211 | Total Number Of Vehicles 2 Injuries 9 Fatalities 3 | Inside City Of |

Road Of Occurrence I-20 Westbound
Interstate 2 Lowest St. Rt. 3 Co Road 4 City St.

At the Intersection With Veazey Road

Not At the Intersection But 2 Miles 1 North 3 East Of Feet 2 South 4 West

And Continuing In The Direction Checked Above  GA 44

The Next Reference Point Is 1 Interstate 2 Lowest Rt. Rt. 3 Co Road 4 City St.

Corrected Report  Yes
Suppl. To Original  Yes
Hit and Run?  Yes

| | Driver 1 | Driver 2 |
|---|---|---|
| Last Name, First, Middle | Bowman, Randall | Hassan, Mohamadou Bessirou Sidd |
| Address | 474 Woods Edge Court | 337 Montreae Drive Apt A |
| City, State, Zip | W Lafayette, IN 47906 | Greensboro, NC 27407 |
| DOB | 1956 | 1980 |
| Driver's License No., Class, State | 8930-48-8330, N | V181083010, A, MO |
| Male/Female | Male | Male |
| Posted Speed | 70 | 70 |
| Insurance Co., Policy No. | General Star/ Newhampshire 075-92-30/GIXG40 | Cotton & Butler TPN000262 |
| Year, Make, Model | 2006 Chevrolet Express | 2000 Freightliner Cascadian |
| Telephone No. | 015-362-9798 | 417-773-6735 |
| Vehicle Color | Tan | Red |
| VIN | 1GAHG39U481231162 | 1FUJGLDR79LAFDR03 |
| Tag #, State, Year | H277922, TN, 2010 | 01AP5L, MO, 2010 |
| Trailer Tag #, State, Year | 873933, MO, 2010 | |
| Owner's Last Name, First, Middle | Same as Driver PTS Vans LLC | Same as Driver Prime Inc |
| Address | 1877 Air Lane Drive | 2610 North Glenshore |
| City, State, Zip | Nashville, TN 37210 | Springfield, MO 65804 |
| Removed By | E-Z Tow | Driver |

| | Driver 1 | Driver 2 |
|---|---|---|
| Alcohol Test, Type, Results | 2 | 2 |
| Drug Test, Type, Results | | |
| Driver Condition | 1 | 1 |
| Direction Of Travel | 4 | 4 |
| Vision Obscured | 1 | 1 |
| Contributing Factors | 28 | 1 |
| Vehicle Condition | 1 | 1 |
| Vehicle Maneuver | 5 | 5 |
| Pedestrian Maneuver | | |
| Most Harmful Event | 11 | 11 |
| Vehicle Class | | |
| Vehicle Type | 10 | 4 |
| Traffic Control | 7 | 7 |
| Device Inoperative? | Yes No | Yes No |

| Injured Taken To | Grady Memorial Hospital | By | Rescue Air |

| Photos Taken | Yes No | By | Sheriff Houston GCSO |
| EMS Notified Time | EMS Arrival Time | Hospital Arrival Time |

| Report By | TFC Thomas Bailey #290 | Department GSP Madison | Report Date 08/04/2009 | Checked By SGT R.E. Howard #930 | Date Checked 08/11/2009 |

Witness(es) Name  None Located
Address
City
Zip Code
Telephone No.

DMVS MICROFILM NUMBER  ( DO NOT WRITE IN THIS SPACE )

### COMMERCIAL VEHICLES ONLY

| | Vehicle 1 | Vehicle 2 |
|---|---|---|
| Carrier Name | | Prime Inc |
| Address | | 2610 North Glenshore |
| City, State, Zip | | Springfield, MO 65804 |
| Number Of Axles | | 5 |
| G.V.W.R. | | 80,000 |
| Fed. Reportable | Yes No | Yes No |
| Cargo Body Type | | |
| Vehicle Config. | | 6 |
| I.C.C.M.C. # | | |
| U.S. D.O.T. # | | 1003708 |
| Interstate / Intrastate | | Interstate |
| C.D.L.? | Yes No | Yes No |
| C.D.L. Suspended? | Yes No | Yes No |
| Vehicle Placarded? | Yes No | Yes No |
| Hazardous Materials? | Yes No | Yes No |
| Released? | Yes No | Yes No |
| If Yes, Name or 4 Digit Number From Bottom of Diamond or Box | | |
| Ran Off Road | 0 | 0 |
| Down Hill | 0 | 0 |
| Cargo Loss Or Shift | 0 | 0 |
| Separation Of Units | 0 | 0 |

Vehicle #2 was traveling westbound on I-20 in the right lane of travel. Vehicle #1 was traveling westbound on I-20 in the right lane of travel behind vehicle #2. As the driver of vehicle #1 approached vehicle #2 from the rear, he failed to apply his brakes causing the front bumper of vehicle #1 to strike the rear bumper of vehicle #2. Upon impact, both vehicles became connected as they continued to travel forward. After feeling the impact of the collision, the driver of vehicle #2 traveled approximately 493.6 feet before coming to final rest in the emergency lane with vehicle #1 still attached to the rear of his vehicle. The area of impact occurred in the right lane of travel on I-20 westbound.

INDICATE ON THIS DIAGRAM WHAT HAPPENED          Reported By:   TFC Thomas Bailey #200

NOT TO SCALE



Emergency Lane

493.6 Feet To Final Rest

I-20 Westbound

Median

| Accident Investigation Site ? | | Citations - Vehicle #  1 | Citations - Vehicle #  2 |
|---|---|---|---|
| Yes    ☑ No | | None | None |
| Site Number | | | |

| First Harmful Event | Traffic Way Flow | Weather | Surface Cond. | Light Condition | Manner Of Collision | Location At Area Of Impact | Road Comp. | Road Defects | Road Character | Construction Maint. Zone |
|---|---|---|---|---|---|---|---|---|---|---|
| 11 | 2 | 1 | 1 | 5 | 3 | 1 | 1 | 1 | 2 | 0 |

| | VEH # 1 | VEH # 2 | | | | |
|---|---|---|---|---|---|---|
| Number of Occupants | 10 | 2 | SKID DISTANCE | 0' | AFTER | 0'   VEH # 1 |
| Point Of Initial Contact | 12 | 6 | BEFORE IMPACT | 0'   VEH # 1 | | 0'   VEH # 2 |
| Damage To Vehicles | 4 | 3 | | 0'   VEH # 2 | | Width Of Road  36' |

| Damage Other than Vehicle | Owner | | | | | |
|---|---|---|---|---|---|---|
| None | | | | | | |

| | | | AGE | SEX | VEH NO | POS | INJURY | TAKEN FOR TREAT | EJEC. | SAFETY EQUIP | EXTRIC | AIR BAG |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Occupants | | Driver 1   Or Pedestrian # | 53 | | | | 1 | 2 | 1 | 3 | 1 | 1 |
| | | Driver 2   Or Pedestrian # | 41 | | | | 4 | 2 | 1 | 3 | 2 | 1 |
| Last Name    First    Address    City    State    Zip | | | | | | | | | | | | |
| Bowman, Jacqueline  1930 High Street  Logansport IN 46047 | | | 51 | F | 1 | 3 | 1 | 2 | 1 | 3 | 1 | 1 |
| Tromer, Edward  711 North Pine Street  Springfield MO 65802 | | | 41 | M | 2 | 4 | 1 | 2 | 1 | 3 | 2 | 0 |
| Antico, Jessica  1877 Air Lane Drive  Nashville, TN 37210 | | | 23 | F | 1 | 7 | 3 | 1 | 1 | 0 | 2 | 0 |
| Tribble, Amy  1877 Air Lane Drive  Nashville, TN 37210 | | | 25 | F | 1 | 7 | 3 | 1 | 1 | 0 | 2 | 0 |
| Morse, Christopher  1877 Air Lane Drive  Nashville, TN 37210 | | | 36 | M | 1 | 7 | 3 | 1 | 1 | 0 | 2 | 0 |
| Nauman, Robert  1877 Air Lane Drive  Nashville, TN 37210 | | | 67 | M | 1 | 7 | 1 | 1 | 1 | 0 | 2 | 0 |
| Griffin, Douglas  1877 Air Lane Drive  Nashville, TN 37210 | | | 41 | M | 1 | 7 | 3 | 1 | 1 | 0 | 2 | 0 |

Occupants

| Last Name | First | Address | City | State | Zip | AGE | SEX | VEH NO | POB | INJURY | TAKEN FOR TREAT | EJEC | SAFETY EQUIP | EXTRIC | AIR BAG |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Crespino, Billy  1877 Air Lane  Nashville, TN 37210 | | | | | | 49 | M | 1 | 7 | 3 | 1 | 1 | 0 | 2 | 0 |
| Black, Johnathan  1877 Air Lane  Nashville, TN 37210 | | | | | | 38 | M | 1 | 7 | 3 | 1 | 1 | 0 | 2 | 0 |
| Devereux, Tami  1877 Air Lane  Nashville, TN 37210 | | | | | | 51 | F | 1 | 7 | 3 | 1 | 1 | 0 | 2 | 0 |
| | | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | | |

Injured Taken To:                                    By:

| Additional Witness(es) - Name | Address | City | State | Zip | Phone No. |
|---|---|---|---|---|---|
| | | | | | |
| | | | | | |

ADDITIONAL REMARKS

Due to number of injured passengers, different hospitals were used to treat the most serious injuries.

Reported By:      TFC Thomas Bailey #290

**Appendix II**
**Drawings**



AREA OF IMPACT - DETAIL

COLLISION RELATED MARKS IN AREA OF IMPACT

08.04.2009 02:17

GA 44 OVERPASS

I-20 WESTBOUND →
70 MPH POSTED SPEED LIMIT
40 MPH POSTED MINIMUM SPEED

0   25'   50'      100'                    200'

**DELTA [v] Forensic Engineering, Inc.**
9401-D Southern Pine Blvd., Charlotte, NC 28273
CAPTION: T-T / PASSENGER VEHICLE COLLISION
PARTY:       PRIME, INC.
[v] JOB:    C189.J612
DRAWN: TB      APPROVED: DJB    DATE: 12/21/10
TITLE:      COLLISION SITE OVERALL
NUMBER:  J612.01



VEHICLES AT IMPACT - DETAIL

IMPACT

RUMBLE STRIP

VEHICLES AT IMPACT

GA 44 OVERPASS

CHEVROLET SPEED

I-20 WESTBOUND →
70 MPH POSTED SPEED LIMIT
40 MPH POSTED MINIMUM SPEED

494 FEET

0    25'   50'        100'                    200'

**DELTA [v] Forensic Engineering, Inc.**
9401-D Southern Pine Blvd., Charlotte, NC 28273
CAPTION:   T-T / PASSENGER VEHICLE COLLISION
PARTY:       PRIME, INC.
[v] JOB:     C189.J612

| DRAWN: TJB | APPROVED: DJR | DATE: 12/21/10 |
|---|---|---|

TITLE:    COLLISION SEQUENCE
NUMBER:  J612.02



| | APPROX LOCATION | TIME (CDT) | DISTANCE FROM PREVIOUS POINT | AVERAGE SPEED FROM PREVIOUS POINT |
|---|---|---|---|---|
| A | DILLON, SC | 19:27:18 | START POINT | START POINT |
| B | BISHOPVILLE, SC | 20:32:25 | 56.3 MILES | 51.9 MPH |
| C | LEXINGTON, SC | 21:32:32 | 56.7 MILES | 56.6 MPH |
| D | AUGUSTA, GA | 22:32:38 | 56.6 MILES | 56.5 MPH |
| D | APPLING, GA | 22:59:47 | 24.7 MILES | 54.6 MPH |
| E | GREENSBORO, GA | 23:54:54 (23:52)* | 47.7 MILES | 51.9 MPH (55.0 MPH)* |
| | **TOTALS** | 4:27:36 (4:24:42)* | 242 MILES | 54.3 MPH (54.9 MPH)* |

*COLLISION TIME DETERMINED FROM ECM DATA
SPEED CALCULATED USING ECM COLLISION TIME

**DELTA [v] Forensic Engineering, Inc.**
9401-D Southern Pine Blvd., Charlotte, NC 28273
CAPTION: T-T / PASSENGER VEHICLE COLLISION
PARTY: PRIME, INC.
[v] JOB: C189J612

| DRAWN: | TJB | APPROVED: | DJR | DATE: | 12/21/10 |
|---|---|---|---|---|---|

TITLE: TRACTOR QUALCOMM SENSORTRACS DATA
NUMBER: J612.03

**Appendix III**
**Curriculum Vitae**



**Donald J. Roberts, M.S.M.E., P.E.**

FORENSIC ENGINEERING

9401 F SOUTHERN PINE BOULEVARD | CHARLOTTE, NC 28273 | 24 HOUR 1-866-251-8882 | FAX 704-523-2131

## EDUCATION

1995     Master of Science in Mechanical Engineering
*Naval Postgraduate School, Monterey, California*

1980     Bachelor of Science in Mechanical Engineering
*United States Naval Academy, Annapolis, Maryland*

## EXPERIENCE

August 2008 to
Present

**Senior Engineer, DELTA [v] Forensic Engineering, Inc**
*Charlotte, NC*
Consulting engineer specializing in motor vehicle accident reconstruction and vehicle system analysis. Accident reconstruction includes analysis of collision dynamics, speed, collision avoidance opportunities and nighttime visibility. Vehicle system analysis includes evaluation of braking, steering, tires, lamps and event data recorders for both commercial and passenger vehicles.

April 2001 to
August 2008

**Consulting Engineer, Engineering Design & Testing Corp.**
*Charleston, SC*
Consulting engineer specializing in the areas of commercial and passenger vehicle accident reconstruction and vehicle system analysis.

March 1997 to
March 2001

**Consultant, Merrill Lynch**
*Richmond, VA*
Advised clients in the areas of securities selection and risk-appropriate asset allocation.

April 1989 to
February 1997

**U.S. Naval Officer, United States Navy**
• *Senior Instructor, U. S. Naval Academy (Jul 95–Feb 97)*
Taught undergraduate engineering courses in applied thermodynamics and control systems engineering.
• *Graduate Student, Naval Postgraduate School (May 93–Jun 95)*
• *Department Head, USS Simon Bolivar (Jan 90–Apr 93)*
Responsible for the overall operation and safe navigation of the ship. Supervised maintenance of shipboard electronic and communication equipment. Supervised operation of the ship's nuclear reactor and associated propulsion plant.
• *Damage Control Assistant, USS Flying Fish (Apr 89 - Dec 89)*
Responsible for maintenance of the ship's auxiliary machinery equipment including diesel engine, hydraulic power plant, high pressure air system and oxygen generators. Supervised operation of the ship's nuclear reactor and associated propulsion plant.

| | |
|---|---|
| March 1988 to<br>March 1989 | ***Engineer, Newport News Shipbuilding***<br>*Newport News, VA*<br>Reviewed proposed equipment modifications for condensate pumps and heat exchangers prior to installation on new construction submarines. Ensured equipment conformed to all military specifications prior to installation. |
| July 1987 to<br>February 1988 | ***Principal Engineer, ORI, Inc.***<br>*Rockville, MD*<br>Conducted analysis into the shipboard silencing of machinery. Instrumented submarines and performed acoustic sound trials to measure the propagation of machinery noise into the ocean. Analyzed data and made equipment modifications to minimize this propagation. |
| June 1980 to<br>June 1987 | ***U.S. Naval Officer, United States Navy***<br>*Norfolk, VA* |

- *Atlantic Submarine Force Asst. Operations Officer (Jul 85–May 87)*
  Responsible for the overall operation and scheduling of over 50 nuclear powered submarines assigned to the Atlantic Submarine Force.
- *Engineering Department, USS Finback (Mar 82–Jun 85)*
  Responsible for the overall maintenance of the propulsion plant and its associated mechanical equipment including steam turbines, pumps, heat exchangers and air conditioning units. Supervised operation of the ship's nuclear reactor and associated propulsion plant.
- *Student, Submarine and Nuclear Power Schools (Oct 80–Feb 82)*
- *Research Engineer, Naval Weapons R&D Center (Jun 80–Sep 80)*
  Conducted testing of various materials to determine their sound dampening characteristics for use in the anechoic coating of submarines.

## *CONTINUING EDUCATION*

| | |
|---|---|
| 2001 | Traffic Accident Reconstruction I, Northwestern University, Evanston, IL |
| 2001 | Air Brake Systems Product School, Bendix Commercial Vehicle Systems, Atlanta, GA |
| 2002 | Fundamentals of Accident Reconstruction (Presenter), Engineering Design & Testing Corp. |
| 2002 | The Objective Vehicle Examination, Engineering Design & Testing Corp. |
| 2003 | Commercial Motor Vehicle Accident Reconstruction (Presenter), Engineering Design & Testing Corp. |
| 2003 | South Carolina Accident Reconstruction Society/Southeastern Accident Reconstruction Society (SCARS/SeARS) Conference, Mount Pleasant, SC |
| 2004 | Passenger Van Rollovers, Engineering Design & Testing Corp. |

| | |
|---|---|
| 2005 | Electronic Data Retrieval from Passenger Vehicles, Engineering Design & Testing Corp. |
| 2006 | Nighttime Visibility Studies (Presenter), Engineering Design & Testing Corp. |
| 2006 | DDEC Reports/Data Extraction Course, Detroit Diesel Training Center, Detroit, MI |
| 2007 | Air Brake Systems Refresher Course, Bendix Commercial Vehicle Systems, Columbia, SC |
| 2008 | Uncertainty Analysis in Accident Reconstruction, Engineering Design & Testing Corp. |
| 2008 | Commercial Vehicle Braking Systems, Society of Automotive Engineers |
| 2009 | Heavy Vehicle Event Data Recording Capabilities, DELTA [v] Forensic Engineering |
| 2009 | Cummins Insite Familiarization, Cummins Atlantic Training Center, Charlotte, NC |
| 2010 | Crash Data Retrieval (CDR) Analyst & Operator Certification Courses, Collision Safety Institute, Charleston, SC |

## *PROFESSIONAL ORGANIZATIONS*

Society of Automotive Engineers
National Association of Professional Accident Reconstruction Specialists

## *PROFESSIONAL REGISTRATIONS*

Registered Professional Engineer in Virginia (#030019)
Registered Professional Engineer in North Carolina (#28579)
Registered Professional Engineer in South Carolina (#21388)
Registered Professional Engineer in Georgia (#28581)
Registered Professional Engineer in Alabama (#28655-E)

(Revised 09/10)

**Appendix IV**
**List of Trial & Depositions**

DELTA [v] Forensic Engineering, Inc.
Donald J. Roberts, M.S.M.E., P.E.
Depositions and Trials
Valid from October 1, 2008
Revised December 23, 2010

## 2010

*Depositions*

1.    Suit:               Tony E. Goins vs. Robert K. Sims and Truck Parts, Inc.
       Court:            Superior Court of Mecklenburg County, North Carolina
       Court No.:      09 CVS 21292
       Deposition Date:  July 22, 2010
       Delta [v] File:     C387.J680
       Description:     Passenger Vehicle/Pedestrian Collision
       Client:            Douglas A. Petho- Plaintiff's Attorney

*Trials*

1.    Suit:               Jeffrey M. Grauer v. Paul J. Wright
       Court:            Common Pleas Court in the County of Berkeley, South Carolina
       Court No.:      2008-CP-08-590
       Trial Date:      Week of April 12, 2010 (Testimony on April 15, 2010)
       ED&T File:       CHS2050-17060
       Delta [v] File:     C185.J463
       Description:     Passenger Vehicle/Motorcycle Collision
       Client:            Samuel Clawson- Defense Attorney

## 2009

*Depositions*

1.    Suit:               Robert F. Pinckney v. Michael Varnadoe, National Dairy Holdings, and Coburg Dairy
       Court:            Common Pleas Court in the County of Colleton, South Carolina
       Court No.:      2007-CP-15-291
       Deposition Date:  March 3, 2009
       ED&T File:       CHS3100-56881
       Delta [v] File:     C201.J442
       Description:     Truck/Bicycle Collision
       Client:            Fact Witness

2.  Suit:               Jason Singleton v. Laidlaw International, SCDOT and
                        Beaufort County School District
    Court:             Common Pleas Court in the County of Beaufort, South
                        Carolina
    Court No.:         2008-CP-07-126
    Deposition Date:   April 14, 2009
    ED&T File:         CHS1698-92300
    Delta [v] File:    C247.J497
    Description:        Passenger Vehicle/Pedestrian Collision
    Client:            John Price – Plaintiff's Attorney


3.  Suit:               Estate of Berthel Williams v. Star Redi-Mix, James Pough and
                        Garrett's Body Shop & Auto Salvage
    Court:             Common Pleas Court in the County of Orangeburg, South
                        Carolina
    Court No.:         2006-CP-38-522
    Deposition Date:   September 1, 2009
    ED&T File:         CHS2050-17060
    Delta [v] File:    C297.J553
    Description:        Tractor-Trailer/Passenger Vehicle Collision
    Client:            Robert Brown – Defense Attorney


4.  Suit:               Jeffrey Grauer v. Paul Wright and BP Amoco Chemical Co.
    Court:             Common Pleas Court in the County of Berkeley, South Carolina
    Court No.:         2008-CP-08-590
    Deposition Date:   November 20, 2009
    ED&T File:         CHS2050-17060
    Delta [v] File:    C185.J463
    Description:        Passenger Vehicle/Motorcycle Collision
    Client:            Samuel Clawson – Defense Attorney


5.  Suit:               Estate of Thurston Batchelor v. Leverne Smalls and SCDOT
    Court:             Common Pleas Court in the County of Florence, South Carolina
    Court No.:         2008-CP-21-195
    Deposition Date:   November 23, 2009
    ED&T File:         CHS2659-15180
    Delta [v] File:    C202.J443
    Description:        Truck/Passenger Vehicle Collision
    Client:            Bradley Lanford – Defense Attorney


*Trials*

    None in 2009

**Depositions and Trial Testimony**
**Donald J. Roberts, M.S.M.E., P.E.**
**Updated April 17, 2008**

**Depositions**

| File Number | Deposition Date | Client Attorney | Reference |
|---|---|---|---|
| CHS1491 | 9/30/02 | Christy S. Stephens (Defense Attorney) | Vehicle/ Pedestrian Accident |
| CHS1641 | 4/14/03 | Ronnie Sabb (Plaintiff's Attorney) | Single Vehicle Accident |
| CHS1788 | 3/17/04 | Harry L. Goldberg (Plaintiff's Attorney) | Multiple Vehicle Accident |
| CHS2089 | 3/30/05 | Samuel Clawson (Defense Attorney) | Two Vehicle Accident |
| CHS2230 | 3/27/06 | Marshall Waldron (Defense Attorney) | Single Vehicle Accident |
| CHS2321 | 9/20/06 | Joe Zarzaur (Plaintiff's Attorney) | Three Vehicle Accident |
| CHS2270 | 10/9/06 | John Tiller (Defense Attorney) | Two Vehicle Accident |
| CHS1783 | 10/17/06 | Andrew Halio (Defense Attorney) | Two Vehicle Accident |
| CHS1783 | 1/25/07 | Andrew Halio (Defense Attorney) | Two Vehicle Accident |

| CHS2617 | 4/2/07 | Kelly Leventis<br>(Defense Attorney) | Multiple<br>Vehicle<br>Accident |
|---------|--------|--------------------------------------|---------------------------------|
| CHS2713 | 8/21/07 | Jeffrey Tibbals<br>(Plaintiff's Attorney) | Single Vehicle<br>Accident |
| CHS3021 | 9/5/07 | Peter Wolter<br>(Plaintiff's Attorney) | Two Vehicle<br>Accident |
| CHS2417 | 1/30/08 | Jay Lee<br>(Defense Attorney) | Truck/<br>Motorcycle<br>Accident |
| CHS2768 | 4/17/08 | Alexander Wharton<br>(Defense Attorney) | Two Vehicle<br>Accident |

## Trials

| File Number | Trial Date | Client Attorney | Reference |
|---|---|---|---|
| CHS1641 | 4/21/03 | Ronnie Sabb<br>(Plaintiff's Attorney) | Single Vehicle<br>Accident |
| CHS1774 | 2/2/04 | W.E. Jenkinson, III<br>(Plaintiff's Attorney) | Two Vehicle<br>Accident |
| CHS2089 | 7/27/05 | Samuel Clawson<br>(Defense Attorney) | Two Vehicle<br>Accident |
| CHS2122 | 3/24/06 | Bert Duffie<br>(Defense Attorney) | Two Vehicle<br>Accident |
| CHS2230 | 6/7/06 | Marshall Waldron<br>(Defense Attorney) | Single Vehicle<br>Accident |
| CHS1783 | 1/30/07 | Andrew Halio<br>(Defense Attorney) | Two Vehicle<br>Accident |
| CHS2270 | 2/15/07 | John Tiller<br>(Defense Attorney) | Two Vehicle<br>Accident |
| CHS2728 | 11/19/07 | Henry Grimball<br>(Defense Attorney) | Two Vehicle<br>Accident |

# Fee Schedule

## Professional Services

Engineer.......................................................................................................$150 to 250/hour

Animator........................................................................................................$150/hour

Engineering Technician/Draftsman...........................................................$75/hour

Professional Assistant..................................................................................$50/hour

## Support Services

Videographers, video editing services, mobile mechanics, etc.......................Cost+12%

## Expenses

Automobile usage...........................................................................................$0.60/mile

Aircraft usage..................................................................................................$250/hour

Travel (air fare, lodging, meals etc.).............................................................Cost